UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,

       Plaintiff,

      v.

WEISER CLASSIC CANDY,

       Defendant.

No. 20-CV-4956 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

   This action was filed on June 29, 2020. On July 7, 2020, the Court ordered the parties to meet and confer in an attempt to settle the action within thirty days of service, and, within 45 days of service, to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference in the matter. *See* Dkt. 5. Service was completed more than 100 days ago, but the parties have not submitted a joint letter. No later than November 5, 2020, the parties shall submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:   October 22, 2020
      New York, New York

                 Ronnie Abrams
                 United States District Judge