UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>                       v.<br><br>WEISER CLASSIC CANDY,<br><br>                              Defendant. | No. 20-CV-4956 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

This action was filed on June 29, 2020. On July 7, 2020, the Court ordered the parties to meet and confer in an attempt to settle the action within thirty days of service, and, within 45 days of service, to submit a joint letter. *See* Dkt. 5. The parties did not do so. On October 22, the Court extended the parties' deadline to do so until November 5, 2020. *See* Dkt. 7. Again, the parties did not meet this deadline. No later than November 13, 2020, the parties are ordered to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. **Failure to file the letter may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

SO ORDERED.

Dated:     November 6, 2020
               New York, New York

_____
Ronnie Abrams
United States District Judge